# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEVA MEDICAL SUPPLY CO.**<br><br>**v.**<br><br>**DEVON MEDICAL PRODUCTS (JIANGSU), LTD., et al.**<br><br>**v.**<br><br>**MAX CHOI, et al.** | **CIVIL ACTION**<br><br>**NO. 18-2495** |

## ORDER

AND NOW, this 26th Day of June, 2020, upon consideration of the Ascent Parties' Motion for Summary Judgment (ECF 88), the Devon Parties' Response (ECF 91), and the Ascent Parties' Reply (ECF 92), it is hereby **ORDERED** that the Ascent Parties' Motion for Summary Judgment is GRANTED.   Final judgment is entered in favor of the Ascent Parties and against the Devon Parties.

BY THE COURT:

*/s/ Michael M. Baylson*

Michael M. Baylson, U.S.D.J.

O:\CIVIL 18\18-2495 MeduScientific v Devon Med Products\18cv2495 SJ Order.docx